UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO De SANCTIS, | No. 2:24-cv-00551 AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., | |
| Defendant. | |

This action was removed from state court and was later voluntarily transferred from the Northern District of California. ECF Nos. 1, 28, and 30. The case has been assigned to the Magistrate Judge under the court's automated case assignment plan. See Local Rules, Appendix A, subsection (m). Pursuant to the Local Rule and the Civil Case Documents issued in this case (ECF No. 7) the parties are required to return the "CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION" form to the Clerk within 90 days from the date the action was filed, or within 14 days of removal from state court. ECF No. 7 at 2. The parties were cautioned that "[f]ailure to do so may result in the court vacating a hearing or declining to resolve the motion until all consent designations have been submitted."

This transferred action does not fall squarely within the local rules. However, because all parties have appeared and this case was transferred after motions practice in the Northern District,

it is reasonable to expect the parties to follow the 14-day removal case timeline.  This case was transferred on February 22, 2024, the parties' consent/decline forms were due on March 7, 2024.  Defendant has not filed its forms.  Defendant is therefore ORDERED TO SHOW CAUSE in writing by March 20, 2024, why it has not filed its consent/decline forms.  Submission of the forms will automatically discharge this order.  Failure to file the forms or show good cause may result in sanctions.

    IT IS SO ORDERED.

DATED: March 12, 2024

                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE